EASTERN DISTRICT OF MICHIGAN
UNITED STATES BANKRUPTCY COURT

IN RE:  Case No. 13-56996
Chapter 13
Hon. McIvor

Nancy Preston,
                Debtor.
_____/
CHRISTOPHER E. FRANK (P67169)
THE LEDUC GROUP, PC
Attorney for Creditor
cfrank@theleducgroup.com
6 Parklane Blvd, Ste 665
Dearborn, MI 48126
313-914-5846
_____/

## ORDER FOR RELIEF AS TO CREDIT UNION ONE FROM THE AUTOMATIC STAY

This matter has come before this Court upon the notice of default filed by the Creditor on July 25, 2014 as docket number 36;

IT IS HEREBY ORDERED that the automatic stay is lifted as Credit Union One for the 2010 Toyota Camry.

**Signed on July 25, 2014**

                                                    /s/ Marci B. McIvor
                                            Marci B. McIvor
                                            United States Bankruptcy Judge