Form ntcvco

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−56996−tjt**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
    Nancy F. Preston
    5455 Marshview Ct.
    Apt. 53
    Shelby Twp., MI 48316

Social Security No.:
    xxx−xx−6355

Employer's Tax I.D. No.:

**Notice Of Order Vacating Order for Relief as to Credit Union One from the Automatic Stay**

The **Order for Relief as to Credit Union One from the Automatic Stay** dated **July 25, 2014** was entered in error and has been vacated.

Dated: 7/25/14

                        BY THE COURT

                        Katherine B. Gullo , Clerk of Court
                        UNITED STATES BANKRUPTCY COURT